**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 07-7401-VBF(JTLx)**                                   Dated: **May 7, 2008**

Title:   Zurich Insurance Co., Ltd. -v- Round-The-World Logistics (U.S.A.) Corp.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                            None Present

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On April 18, 2008, this court set an Order to Show Cause re: Dismissal for Lack of Prosecution. Plaintiff was ordered to respond in writing to the OSC no later than May 5, 2008. The Order further advised counsel that a failure to respond would result in dismissal. The court has received no response.

Therefore, the case is dismissed for failure to prosecute. *See* FRCP 41(b); L.R. 41-1.

MINUTES FORM 90                                                   Initials of Deputy Clerk   rs
CIVIL - GEN